James A. McFaul, Esq. (SBN 248670)
David D. Cardone, Esq. (SBN 254954)
Bradley A. Lebow, Esq. (SBN 240608)
DUNN DESANTIS WALT & KENDRICK, LLP
750 B Street, Suite 2620
San Diego, CA 92101
Telephone: (619) 573-4488
Facsimile: (619) 255-4868
JMcFaul@ddwklaw.com / DCardone@ddwklaw.com
BLebow@ddwklaw.com

Attorneys for Plaintiffs, Proposed Class Members, and Aggrieved Employees

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER'S LLC, a limited liability company; FRANCO FOOD DISTRIBUTION dba BOMBINS, a California corporation; GASTELUM FOOD, LLC, a limited liability company; SOPHAMANY MOCH, an individual; GERARDO FUENTES SR., an individual; GERARDO FUENTES JR., an individual; JORGE FRANCO, an individual; MAYTE GASTELUM, an individual; on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GRUMA CORPORATION dba MISSION FOODS AND GUERRERO MEXICAN FOOD PRODUCTS, a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case NO. 23-cv-0212-MMA (AHG)<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 24, 2023<br>Time: 2:30 p.m.<br>Courtroom: 3C<br>Judge: Hon. Michael M. Anello |

1

TO THE COURT, PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 24, 2023 at 2:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3C of the above-entitled Court, located at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, the Honorable Michael M. Anello presiding, Plaintiffs Dexter's LLC, Franco Food Distribution dba Bombins, Gastelum Food, LLC, Sophamany Moch, Gerardo Fuentes Sr., Gerardo Fuentes Jr., Jorge Franco, and Mayte Gastelum (collectively, "Plaintiffs"), on behalf of themselves, all others similarly situated, and aggrieved employees, will and hereby do seek preliminary approval of Plaintiffs' settlement with Defendant Gruma Corporation dba Mission Foods and Guerrero Mexico Food Products ("Defendant") of all claims set forth in Plaintiffs' First Amended Class Action Complaint.

Plaintiffs request an Order:

(1)    Granting preliminary approval of the proposed Class Action Settlement;

(2)    Certifying a class for settlement purposes only;

(3)    Approving the form and manner of Class Notice;

(4)    Appointing a Settlement Administrator;

(5)    Establishing a schedule for providing Notice of the Settlement to the Members of the Class and for submitting requests for exclusion and any objections to the Settlement; and

(6)    Setting the Final Approval Hearing.

This Motion is made on the grounds that the proposed settlement is fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e)(2), because: (A) the class representatives and class counsel have adequately represented the class; (B) the settlement was negotiated at arm's length after a full-day mediation session before highly-experienced mediator Antonio Piazza, Esq.; (C) the relief provided for the class is adequate, taking into account: (i) the costs, risks, and delay of trial and appeal; (ii) the proposed method of distributing relief to the class, including the method of

1 processing class-member claims, is effective; (iii) the terms of the proposed award of attorney's fees, including timing of payment, are reasonable; (iv) the agreement is identified under Rule 23(e)(3); and (4) the settlement treats class members equitably relative to each other.

This Motion is based on this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the accompanying Declaration of David D. Cardone, Esq. ("Cardone Decl.") and the exhibits thereto, including the Stipulation of Class Action and PAGA Settlement and Release, dated June 16, 2023 (the "Settlement Agreement"), which is attached as **Exhibit 1** thereto, and such other and further oral and/or documentary evidence as may be presented prior to or at the time of the hearing.

Plaintiffs' counsel have conferred with Defendant's counsel, who inform that Defendant does not oppose this Motion.

Respectfully Submitted,

DUNN DESANTIS WALT & KENDRICK, LLP

Dated: June 16, 2023

By: */s/ David D. Cardone*
James A. McFaul
Bradley A. Lebow
David D. Cardone

Attorneys for Plaintiffs, Proposed Class Members, and Aggrieved Employees

3