UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER'S LLC, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No. 23-cv-212-MMA (AHG)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Doc. No. 9] |

Pending before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Having considered the Motion, briefing, and evidence submitted in support thereof, and finding good cause therefor, the Court hereby **ORDERS** as follows:

　　1.　　The Motion is **GRANTED**. The Court preliminarily approves, and incorporates by reference, the Stipulation of Class Action and PAGA Settlement and Release (the "Settlement Agreement"), which is attached as **Exhibit 1** to the Declaration of David D. Cardone. *See* Doc. No. 9-2.

      2.      The Court finds, on a preliminary basis, that the proposed settlement is fair, reasonable and adequate, because: (A) Plaintiffs and Class Counsel[1] have adequately represented the Settlement Class; (B) the settlement was negotiated at arm's length, including via a mediation with mediator Antonio Piazza, Esq.; (C) the relief provided for the Settlement Class is adequate, taking into account: (i) the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of distributing relief to the class, including the method of processing class-member claims; (iii) the terms of the proposed Attorneys' Fees Award, including timing of payment; and (iv) any agreement required to be identified under Rule 23(e)(3) (namely, the Settlement Agreement); and (D) the proposed settlement treats class members equitably relative to each other.

      3.      **Conditional Certification of the Settlement Class**.  The Court provisionally certifies the Settlement Class, consisting of all persons or entities who/that are or were signatories to an agreement with Defendant for the sale and distribution of Defendant's Product within California during the period July 1, 2020 through and including the date of this Order (the "Class Period"), in addition to their owners, proprietors, partners and/or members.

      The Court finds that Fed. R. Civ. P. 23(a) is satisfied, because: (1) the Settlement Class, which consists of approximately 785 members, is so numerous that joinder would be impracticable; (2) there are questions of law or fact common to the class (including the key question of whether the Settlement Class Members were incorrectly classified as independent contractors); (3) Plaintiffs' claims are typical of the claims of the Settlement Class; and (4) Plaintiffs and Class Counsel will adequately and fairly represent the interests of the Settlement Class.  The Court further finds that certification is proper under Rule 23(b)(3), because (1) questions of law or fact common to the Settlement Class predominate over any questions affecting only individual members, and (2) a class action

---

[1] Capitalized terms not otherwise defined herein have the definitions given to them in the Settlement Agreement.

is superior to other available methods for fairly and efficiently adjudicating this controversy.

    4.    **Class Counsel**.  The Court provisionally finds that David Cardone, James McFaul, and Bradley Lebow, of Dunn DeSantis Walt & Kendrick, LLP, are sufficiently experienced and proficient in class action proceedings such that they may act as Class Counsel for purposes of approving the Settlement Agreement.

    5.    **Class Representatives**.  The Court provisionally appoints Plaintiffs as class representatives for purposes of approving the Settlement Agreement.

    6.    **Settlement Administrator**.  The Court appoints Atticus Administration LLC as the Settlement Administrator to carry out settlement administration duties as set forth in the Settlement Agreement.

    7.    **Translation Service**.  The Court appoints California Interpreting & Translation to translate the Class Notice from English to Spanish.

    8.    **Class Notice**.  The proposed Notice of Class Action Settlement (the "Class Notice"), which is attached as Exhibit A to the Settlement Agreement, is hereby approved and shall be provided to the Settlement Class Members as set forth in the Stipulation.

    9.    **Final Approval**.  A Final Approval Hearing is set for **December 11, 2023 at 2:30 p.m. in Courtroom 3C**.  Plaintiffs shall file a Motion for Final Approval no later than **November 13, 2023**.

    **IT IS FURTHER ORDERED** that if for any reason the Court does not issue an Order granting final approval, the Settlement Agreement that is the subject of this Order, and all evidence and proceedings had in connection therewith, shall be without prejudice to the status quo ante rights of the parties to the litigation, and this Order shall be rendered null and void and shall be vacated.

    **IT IS SO ORDERED**.

Dated:  August 1, 2023

    HON. MICHAEL M. ANELLO
    United States District Judge