James A. McFaul, Esq.  (SBN 248670)
David D. Cardone, Esq. (SBN 254954)
Bradley A. Lebow, Esq. (SBN 240608)
DUNN DESANTIS WALT & KENDRICK, LLP
750 B Street, Suite 2620
San Diego, CA 92101
Telephone:  (619) 573-4488
Facsimile:   (619) 255-4868
JMcFaul@ddwklaw.com / DCardone@ddwklaw.com
BLebow@ddwklaw.com

Attorneys for Plaintiffs, Class Members, and Aggrieved Employees

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER'S LLC, a limited liability company; FRANCO FOOD DISTRIBUTION dba BOMBINS, a California corporation; GASTELUM FOOD, LLC, a limited liability company; SOPHAMANY MOCH, an individual; GERARDO FUENTES SR., an individual; GERARDO FUENTES JR., an individual; JORGE FRANCO, an individual; MAYTE GASTELUM, an individual; on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GRUMA CORPORATION dba MISSION FOODS AND GUERRERO MEXICAN FOOD PRODUCTS, a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case NO.  23-cv-0212-MMA (AHG)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  December 11, 2023<br>Time: 2:30 p.m.<br>Courtroom:  3C<br>Judge:  Hon. Michael M. Anello |

TO THE COURT, PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 11, 2023, at 2:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 3C of the above-entitled Court, located at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, the Honorable Michael M. Anello presiding, Plaintiffs Dexter's LLC, Franco Food Distribution dba Bombins, Gastelum Food, LLC, Sophamany Moch, Gerardo Fuentes Sr., Gerardo Fuentes Jr., Jorge Franco, and Mayte Gastelum (collectively, "Plaintiffs"), on behalf of themselves, all others similarly situated, and aggrieved employees, will and hereby do seek final approval of Plaintiffs' settlement with Defendant Gruma Corporation dba Mission Foods and Guerrero Mexican Food Products ("Defendant") of all claims set forth in Plaintiffs' First Amended Class Action Complaint, pursuant to Fed. R. Civ. P. 23(e).

Plaintiffs request an Order:

(1) Granting final approval of the proposed class action settlement described in the Stipulation of Class Action and PAGA Settlement and Release (the "Settlement Agreement");

(2) Finding that the Notice of Proposed Class Action Settlement (the "Class Notice") distributed to the Class Members under the Court's Order Granting Preliminary Approval constituted the best notice practicable to the Class and satisfied due process;

(3) Confirming certification of the Class for settlement purposes only;

(4) Directing that compensation to all participating Class Members be paid according to the terms of the Settlement Agreement;

(5) Approving payment of $15,000.00 to the California Labor & Workforce Development Agency (the "LWDA") (75% of the $20,000 Private Attorneys General Act (PAGA) allocation) and $5,000 (the remaining 25% of the PAGA allocation) to the Settlement Class;

(6)  Approving payment of the Settlement Administration Costs to Atticus Administration LLC in the amount of $14,370.72; and

(7)  Entering final judgment in this action.

This Motion is based on this Notice of Motion and Motion; on the accompanying Memorandum of Points and Authorities, Declarations of Phillip Hoelscher, David D. Cardone, Esq., and Bradley A. Lebow, Esq.; and on such other and further oral and/or documentary evidence as may be presented prior to or at the time of the hearing.

Respectfully Submitted,

DUNN DESANTIS WALT & KENDRICK, LLP

Dated: November 13, 2023    By:  */s/ David D. Cardone*
James A. McFaul
Bradley A. Lebow
David D. Cardone

Attorneys for Plaintiffs, Class Members, and Aggrieved Employees