

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dexter's LLC., A Limited Liability Company, Franco Food Distribution, A California Corporation, doing business as Bombins, et al<br><br>**Plaintiff,**<br><br>V.<br><br>Gruma Corporation, A Nevada corporation, doing business as Mission Foods And Guerrero Mexican Food Products; Does 1 through 50, Inclusive<br><br>**Defendant.** | Civil Action No.  23cv0212-MMA-AHG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

Based on the foregoing, the Court GRANTS Plaintiffs' motion for final approval of the class settlement and GRANTS Plaintiffs' motion for attorney's fees, costs, and a class representative enhancement award. The Court CERTIFIES the Settlement Class for the purposes of the Settlement. The Court APPROVES the Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). The Court ORDERS the parties to undertake the obligations set forth in the Settlement Agreement that arise out of this Order. The Court AWARDS attorneys' fees to Class Counsel in the amount of $170,000 and costs in the amount of $49,696.40. The Court further AWARDS to Plaintiffs an incentive payment for work performed as the Class Representatives in the total amount of $5,000; $1,000 to each of the following: Sophamany Moch, Gerardo Fuentes, Sr., Gerardo Fuentes, Jr., Jorge Franco, and Mayte Gastelum.

The Court AWARDS settlement administration fees and costs to Atticus Administration, LLC in the total amount of $14,370.72. Without affecting the finality of this Order, the Court maintains jurisdiction over this matter for purpose of enforcing the Judgment.

Date:   12/19/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  C. Lam

C. Lam, Deputy